# FORM A

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

Rev. 10/10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

**FILED**
VANESSA L. ARMSTRONG, CLERK
MAY -5 2016
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

Jason M Salyer
_____

(Full name of the Plaintiff(s) in this action)

v.

Hardin Co Sheriff Dept
Deputy Ethan Whitlock Badge 992

CIVIL ACTION NO. 3:16CV-260-JHM
(To be supplied by the clerk)

(X) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

(Full name of the Defendant(s) in this action)

I. **PARTIES**

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jason Salyer

Place of Confinement: Hardin Co Detention Center

Address: 100 Lawson Blvd Elizabethtown, Ky 42701

Status of Plaintiff: CONVICTED ( ) PRETRIAL DETAINEE (X)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **Ethan Whitlock Badge 992** is employed as **Sheriff** at **Hardin Co Sheriff Dept**.

The Defendant is being sued in his/her (X) individual and/or (X) official capacity.

(2) Defendant **Hardin Co Sheriff Dept** is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (X) official capacity.

(3) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

2

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

**II. PREVIOUS LAWSUITS**

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (___) NO (X)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

3

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

On 1/13/16 at 22:26 hours, Officer Whitlock pulled me over on Higway US 31 North for reckless driving officer Whitlock asked me why I was driving so slow and I informed him that I was lost. So then he went and ran my drivers liscense and then came back to my car. He then asked me who's car it was I told him it belonged to my fianceé. He saw a toy gun in the floorboard in the rear of the car. He then asked me to get out of the car. I cooperated then when he saw that it was indeed a toy he asked if I had insurance I informed him that I did indeed have insurance that I had a digital insurance card on my fianceé's phone. At that time other officers were pulling up. Officer Whitlock then asked me if he could search the vehical. I told him "NO" unless he had a warrant he could not search the

4

### III. STATEMENT OF CLAIM(S) continued

car. At that time Officer Whitlock withdrew and started talking to the other officers that were present. I overheard one of the officers that was present say well just place me under arrest and use that reason to do an inventory search of the vehical That he would be OK because it was just upheld in U.S Supreme court that he could do that. I then stated that he was violating my 4th admendment rights and asked him if he had a dashboard camera he said no I then asked if he had a body camera. and he said NO. Then he placed me under arrest and searched the vehical I have Included a copy of all the information that I have. Also Officer Whitlock states in his report that when he searched the truck. I was in a 4 door car and he searched the trunk not a truck

Respectfully

Jason Aclyn

5

Officer observed the above north on 31 traveling at a very slow speed in the left hand lane. The above was swerving within his lane and hit the fog line multiple times. I conducted a traffic stop on the above when I observed him cross into the right hand lane and drive with his vehicle in both the right and left hand lanes. The above stopped the vehicle with it halfway in the travel portion of the highway. The above was not able to provide proof of insurance when asked for it. Behind the driver's seat was a silver revolver that appeared to be loaded. Further investigation revealed the firearm was not real but appeared to be real. It is believed the above is presenting this handgun as a real weapon. The above has a lengthy CourtNet history of FTA and due to his driving was a danger to himself and others and was placed under arrest. I conducted an inventory of the vehicle due to having it towed by Carl's Towing. During the inventory of the vehicle I opened the trunk and in plain view was a baggie of suspected marijuana, and multiple different color pills. The pills were not in their original container. The above had 2 yellow pills labeled "TEVA 3926" (5mg Diazempam), 6 blue pills labeled "C 1" (1mg Clonazepam), 8 white pills labeled "C 2" (2mg Clonazepam) and three green pills laveled "M C 14" (1mg Clonazepam). Based on the assortment of pills, I feel the above is trafficking in them. All pills located are schedule 4 drugs. Below this baggie was a brown leather zipper package and a set of digital scales. The scales contained a residue that resembled that of methamphetamine. In the brown leather zipper bag was 7 individual wrapped packages of suspected methamphetamine and one large baggie of suspected methamphetamine. The total weight of the products was approximately 16 grams. Also in the trunk was a ledger that consisted of phone numbers and two glass smoking pipes that contained a white residue believed to be methamphetamine. The above had $417 in cash in his wallet which is consistent with drug trafficking and a package of rolling papers. The above had 2 cellular phones in his possession at the time of arrest. All evidence located is consistent with drug trafficking. The above has a prior TICS 2nd degree, 1st offense in Edmonson Circuit Court (Case 12CR0089) which makes him a subsequent offender.

Leaving area of supervision without permission of Parole Off
At the time of his arrest, Mr. Salyer reported his address as:
1100 Moutardier Road Unit 22
Leitchfield KY 42754.
Mr. Salyer's area of supervision is Jefferson County Kentucky, and his supervision listed address is:
11107 Pebble Trace
Louisville, KY 40229

Changing address without approval of Parole Officer

RECOMMENDED SANCTIONS
Revocation Recommended
This officer respectfully requests that Mr. Salyer's case be placed back on the docket for the purposes of a revocation hearing and that a detainer be lodged with the Hardin County Detention Center in order to expedite mr. Salyer's return to Jefferson County. Please note that Mr. Salyer is also on Mandatory Re-Entry Supervision on an unrelated indictment.

Officer Joshua Bowling
District 19 Probation and Parole
6201-G Preston Highway
Louisville, KY 40219
502-969-3637 ex:272
502-969-3223 Fax
Report Day: Thursday
joshua.bowling@ky.gov
Denial of Compliance Credit    To be in effect for 1 month(s) total

Finalized: 01/14/2016, 03:20:23 PM

Probation &
Parole Officer: _____    Approved By: _____
Joshua Bowling                                                  Lise VanNostrand

On 01/13/2016 I conducted a traffic stop on KY 386DYF for reckless driving. I observed this vehicle north on 31 and it hit the fog line multiple times and then observed the vehicle cross into the right hand lane and drive with his vehicle in both lanes. The vehicle was traveling in the left hand lane at a very slow speed. When the vehicle came to a stop it stopped with half of it in the travel portion of the roadway. The vehicle pulled into a turn around spot on 31 and had plenty of room to get his vehicle off the roadway. There driver was unable to provide a proof of insurance when asked.

I identified the driver as Jason Salyer. After running his drivers OL and checking him in court net I realized he had an extensive history that contained FTAs. Upon re-approach of the vehicle I observed a silver revolver behind the drivers seat. I detained the driver, secured the weapon and examined it and determined it to be a CO2 revolver. The revolver appeared real until all rounds were removed from it. Contact was made with the owner of the vehicle and she advised me over the phone that there was no proof of insurance in the vehicle and that she would have to send it to his phone.

I placed Mr. Salyer under arrest because he was a danger to himself/ others due to his driving. I called for a wrecker service to come impound Mr. Salyer's vehicle because he was unable to provide proof of insurance and his vehicle could not be left where he stopped because it was a traffic hazard.

Carl's Wrecker service was notified.

I conducted an inventory of the vehicle where in the truck when I opened it was a box of movies. On top of one of the movies was a baggie that contained a green substance that appeared to be Marijuana and several pills. Under this baggie was a brown leather zipper pouch, 2 glass smoking pipes that were rolled up in toilet paper, a set of digital scales and a note book. Inside of the zipper pouch was 8 individual packages of a crystal substance believed to be Methamphetamine. Both smoking pipes contained a white residue believed to be Methamphetamine as well as the digital scales. I seized these items as well as 2 cellular phones that were in Mr. Salyer's possession, his wallet, GPS system and a table. Mr. Salyer's wallet contained $417 dollars in cash. There was $1 dollar located inside of the vehicle. I seized these items because they are commonly associated with drug trafficking.

I mirandized Mr. Salyer and he did not wish to speak to me.

Mr. Salyer was transported to HCSO. Once at HCSO I was able to identify all pills and determined them to all be schedule 4 drugs. There were 17 dosage units of Clonazepam and 2 dosage units of Diazempam.

Item #1 will be sent to KSP lab for an examination.

Photos were taken of the items at HCSO.

Mr. Salyer was lodged at HCJ.

**MODUS OPERANDI:**

**DATE & TIME OF OCCURRENCE:**
01/13/2016 at approximately 2226 hours

**ACCUSED:**
Jason Michael Salyer
1100 Moutardier Road Unit #22

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

__X__ award money damages in the amount of $ __1,000,000__

_____ grant injunctive relief by _____

__X__ award punitive damages in the amount of $ __1,000,000__

__X__ other: Make all evidence inamissable per illegal search & seizure

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 16 day of April, 2016.

_____
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on _____.

_____
(Signature)

6